FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

McCoy  T5077
(Last Name) (Identification Number)

Bonnie  Jean
(First Name) (Middle Name)

L.C.D.F
(institution)

2001 5th Street
(Address)

(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
MAR 10 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

V.

Lauerdale County Jail Lt Bennett officer Spears

CIVIL ACTION NUMBER: 3:23cv179-KHJ-MTP
(to be completed by the Court)

(Enter above the full name of the defendant or defendants in this action)

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?   Yes (✓) No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: Lt. Bennett, Officer Spears Major McCarter. And all of above

2. Court (if federal court, name the district; if state court, name the county): Lauerdale County

3. Docket Number: N/A

4. Name of judge to whom case was assigned: Can Not Remember

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): _____

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: **Bonnie McCoy**   Prisoner Number: **T5077**

Address: **2001 5th Street Meridian MS.**

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: **Lt. Bennett Officer Spears** is employed as **Major McCarter** at **LCDF**

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: **Bonnie McCoy**   ADDRESS: **Homeless / 2133 19th Ave Meridian Friend Address**

DEFENDANT(S):

| NAME | ADDRESS |
|---|---|
| Major McCarter | LCDF |
| Lt Bennett | LCDF |
| Officer Spears | LCDF |

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ( )   No (✓)

B. Are you presently incarcerated for a parole or probation violation?

   Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (✓)

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (✓)

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes (✓)   No ( ), if so, state the results of the procedure: __They Said file Suit__

F. If you are **not** an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?
      Yes (✓)   No ( )

   2. State how your claims were presented (written request, verbal request, request for forms): __unecessary use of force, Mistreatment of a Mental person Defirmation of Character, Discrimination__

   3. State the date your claims were presented: __July 07 22__

   4. State the result of the procedure: __was told to file Suit they Dismiss me as I wasn't Smart enough to file Suit again__

3

Lawsuit Against Lauderdale County Jail for:     12-7

1) Unecessary uses of force

2) Mistreatment of A mental person

3) Defirmation of Character

4) Discrimination

In 2016 or 2017 I Filed a lawsuit against L.C.D.F. Lt. Bennett, and officer Spears for unecssary uses of force being Sprayed with mase in my eyes After I told them I was allergic to mase Now my eyes are permantle Damaged. Mistreatment of A mental person, they Scared me into dropping my Lawsuit By Saying i would recieve more time if I didn't. Defirmation of Charcter using my nam to Chain Fundings And Discrimination By keeping me in Solitary Confinment roomate 23/1 and Isolations where ever I go. Courts I ask for Justice, Because im done with getting in Jail for Nothing hear my Cry. Thank-you.

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

Unecessary use of force, Mistreatment of a Mental person Defirmation of Character, Discrimatic In 2016 or 17 Lt Bennett and Officer Spears use unecssary use of Force by Spraying me with mase in my Eyes I'm allegic to mase Now my Eyes are permantley Damaged, Mistreatment of a mental person they Scared me into Dropping my lawsuit By saying I would recive more time if I didn't. Major McCarter Defirmation of Charter using My name to Gain Fundings From the old Coutity Jail Discrimation keeping me on Isolation Solitary confinment No roomates for years

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Relief for Pain and Suffering, Humiliation Grief Anxiety P.T.S.C post tramatic stress disorder, ~~Paradoxa~~ And Depression loss of Income / Homeless

Signed this 9 day of December, 20____.

Bonnie McCoy 601-486-26__
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

12-9-22
(Date)

Bonnie McCoy
Signature of plaintiff

4