UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BONNIE JEAN MCCOY                                         PLAINTIFF

V.                               CIVIL ACTION NO. 3:23-CV-179-KHJ-MTP

LAUDERDALE COUNTY JAIL, et al.                     DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses the case.

SO ORDERED, this 29th day of April, 2024.

                                                          s/ *Kristi H. Johnson*
                                                          UNITED STATES DISTRICT JUDGE